Joubert v. N.Y.C. Dep't of Educ.

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

**SUMMARY ORDER**

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007 IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of April, two thousand thirteen.

PRESENT: JOHN M. WALKER, JR.,
         DENNY CHIN,
              Circuit Judges,
         JANE A. RESTANI,
              Judge.*

- - - - - - - - - - - - - - - - - - - -x

WILDIE JOUBERT,

      Plaintiff-Appellant,

      -v-                          12-322-cv

NEW YORK CITY DEPARTMENT OF EDUCATION,
      Defendant-Appellee.

- - - - - - - - - - - - - - - - - - - -x

FOR PLAINTIFF-APPELLANT:        Wildie Joubert, pro se, Brooklyn, New York.

---

    *    The Honorable Jane A. Restani, of the United States Court of International Trade, sitting by designation.

FOR DEFENDANT-APPELLEE:     Marta Soja Ross, Edward F.X. Hart, Assistant Corporation Counsels, <u>for</u> Michael A. Cardozo, Corporation Counsel of the City of New York, New York City Law Department, New York, New York.

Appeal from the United States District Court for the Eastern District of New York (Cogan, <u>J.</u>).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Plaintiff-appellant Wildie Joubert, proceeding pro se, appeals from a judgment entered December 21, 2011, pursuant to the district court's December 20, 2011 memorandum decision and order. This order granted defendant-appellee New York City Board of Education's motion for summary judgment and dismissed Joubert's claims of employment discrimination, hostile work environment sexual harassment, and retaliation in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e <u>et seq.</u>, and the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 <u>et seq.</u> We assume the parties' familiarity with the underlying facts, the procedural history, and the issues on appeal.

We review the district court's grant of summary judgment <u>de novo</u>, construing the evidence and drawing all factual

inferences in Joubert's favor.  <u>Miller v. Wolpoff & Abramson,</u> <u>LLP</u>, 321 F.3d 292, 300 (2d Cir. 2003).  After an independent review of the record, we conclude that defendant-appellee was entitled to summary judgment for substantially the reasons set forth by the district court in its thorough and well-reasoned opinion.

We have considered all of Joubert's remaining arguments and find them to be without merit.  Accordingly, we **AFFIRM** the judgment of the district court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk